UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Gary A. Newland,<br><br>　　　　　　Plaintiff,<br>v.<br><br>23ANDME, INC.,<br><br>　　　　　　Defendant. | Case No.: 5:14-CV-01348-LHK<br><br>Consolidated and Related Cases:<br>　　5:14-CV-00294-LHK<br>　　5:14-CV-00429-LHK<br>　　5:14-CV-01167-LHK<br>　　5:14-CV-01191-LHK<br>　　5:14-CV-01258-LHK<br>　　5:13-CV-05682-LHK<br>　　5:14-CV-01455-LHK<br><br>ORDER DENYING MOTION FOR CLASS CERTIFICATION AS MOOT |

On June 25, 2014, the Court granted Defendant's omnibus motion to compel arbitration. ECF No. 35. Accordingly, Plaintiff Gary Newland's motion for class certification (ECF No. 7) is hereby DENIED as moot.

**IT IS SO ORDERED.**

Dated: August 6, 2014

　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 14-CV-01348-LHK
ORDER DENYING MOTION FOR CLASS CERTIFICATION AS MOOT